IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-1737-KLM

JENNIFER LARSEN,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

      Defendant.

---

## FINAL JUDGMENT

---

      This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order** [#27] entered by Magistrate Judge Kristen L. Mix on July 23, 2013, which order is incorporated herein by this reference.

      **THEREFORE, IT IS ORDERED** that the decision of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **AFFIRMED**.  Final Judgment is hereby entered in favor of Defendant Commissioner and against Plaintiff Jennifer Larsen. It is

      **FURTHER ORDERED** that each party shall bear its own costs and attorney's fees.

      DATED at Denver, Colorado, this _24th_ day of July, 2013.

                  FOR THE COURT:

                  JEFFREY P. COLWELL

                  By: s/ Edward P. Butler
                          Edward P. Butler, Deputy Clerk